GOTTHELF PACH et al., Respondents, *v.* NICOLAS GEOFFROY, Impleaded, etc., Appellant.*

(Argued June 20, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court of the first judicial department, entered upon an order made February 17, 1893, which affirmed a judgment upon the report of a referee.

*Joseph Fettretch* for appellant.

*Charles E. O' Conner* for respondents.

Agree to affirm on opinion below.

All concur.

Judgment affirmed. _____

_____

* Reported below, 67 Hun, 401.